**FILED**

FEB 24 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Saundra Taylor, )
)
Plaintiff, )
) Case: 1:15-cv-00272
v. ) Assigned To : Unassigned
) Assign. Date : 2/24/2015
District of Columbia, ) Description: Pro Se Gen. Civil (F)
)
Defendant. )
)

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff, a resident of Fort Washington, Maryland, sues the District of Columbia for negligent spoliation of evidence and intentional infliction of emotional distress. She invokes diversity jurisdiction. *See* Compl. ¶ 3. The District of Columbia "like the fifty states, is not subject to diversity jurisdiction, *Long v. District of Columbia*, 820 F. 2d 409, 414 (D.C. Cir.

1

1987), and plaintiff neither invokes the Court's federal question jurisdiction nor alleges facts presenting a federal question. Hence, this case will be dismissed.

_____
United States District Judge

DATE: February 20 , 2015